IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
AMARILLO DIVISION

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, et al <br><br> Plaintiffs, <br><br> v <br><br> MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, et al <br><br> Defendants, | § § § § § § § § § § § § §   Case No. 2-07CV-188-J |

**AFFIDAVIT OF MAILING TO**
**U.S. ATTORNEY GENERAL**

STATE OF TEXAS )(
            )(
COUNTY OF POTTER )(

BEFORE ME, the undersigned authority on this 25th day of September, 2007, personally appeared Philip R. Russ, known to me to be the person who executed this affidavit and upon his oath, being first duly sworn, deposed and said:

1.  My name is Philip R. Russ, I am over the age of twenty-one (21) years, I have never been convicted of a crime and I am duly competent in all respects to make this affidavit. I have personal knowledge of all the facts herein stated and they are true and correct.

2.  On the 13th day of September, 2007, I personally forwarded a true and correct copies of the following filed in cause No. 2-07CV-188-*United Food & Commercial Workers International Union, et al v. Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al*:

Affidavit of Mailing to
U.S. Attorney General                                                                                                          Page 1

1. Original Complaint - Class Action Request for Injunctive and Declaratory Relief and Damages Jury Demand on Damage Claims;

2. Certificate of Interested Persons;

3. Summons Issued to Immigration and Customs Enforcement;

4. Summons issued to Julie L. Myers, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement;

5. Summons issued to Michael Chertoff, Secretary, U.S. Department of Homeland Security; and

6. Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System.

with a letter of transmittal sent certified mail, return receipt requested. A true copy of the said letter along with the return receipt is hereto attached as Exhibit "A". I received the return receipt back in our office on the 24th day of September, 2007, see Exhibit "A", the U.S. Attorney General received the letter on September 18, 2007.

Further affiant sayeth naught.

Dated and signed this 25th day of September, 2007.

_____
Philip R. Russ

Subscribed and sworn to before me on this 25th day of September, 2007, the undersigned authority to certify which witness my hand and seal of office.

_____
Laquita J. Adams
Notary Public

LAQUITA J. ADAMS
Notary Public
State of Texas
My Comm. Exp. 06-02-08

Affidavit of Mailing to
U.S. Attorney General

Page 2

# EXHIBIT "A"

Law Offices
of

# PHILIP R. RUSS

ATTORNEY AT LAW

September 13, 2007

Philip R. Russ
Admitted to Practice
Texas and Oklahoma

*Certified Mail - Return Receipt Requested*
*7006 2150 0005 7393 7834*

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

                RE:    No. 2-07CV-188-J; *United Food & Commercial Workers International Union Local 540, et al v. Michael Chertoff, Secretary of U.S. Department of Homeland Security, et al;* In the USDC for the Northern District, Amarillo Division

Dear Sir:

Enclosed are the following documents that have been filed in the referenced matter:

1) Original Complaint - Class Action Request for Injunctive and Declaratory Relief and Damages Jury Demand on Damage Claims;

2) Certificate of Interested Persons;

3) Summons Issued to Immigration and Customs Enforcement;

4) Summons issued to Julie L. Myers, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement;

5) Summons issued to Michael Chertoff, Secretary, U.S. Department of Homeland Security; and

U.S. Attorney General
September 13, 2007
Page 2

    6)    Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System.

Very truly yours,

Philip R. Russ

PRR/lm
Encl (as stated)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

1182-U

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garnet L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SEP 1 8 2007  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0005 7393 7834

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.62 |

Postmark Here

Sent To: U.S. Atty Gen
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7006 2150 0005 7393 7834

PS Form 3800, August 2006    See Reverse for Instructions