Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § The Premises Known As: § Swift & Company, § U.S. Highway 287, § Schroetor Industrial Park § Cactus, Moore County, Texas 79013, § including the buildings, § appurtenances, parking areas, § and outdoor working areas, § § Defendant. § | 2:06-MC-0008J<br><br>Certified a true copy of an instrument on file in my office on 12/8/06<br>Clerk, U.S. District Court, Northern District of Texas<br>By _____ Deputy |

ORDER FOR WARRANT FOR ENTRY ON PREMISES
TO SEARCH FOR PERSONS WHO ARE IN THE
UNITED STATES WITHOUT LEGAL AUTHORITY

The United States of America, having filed an application to authorize agents of the United States Immigration and Customs Enforcement to enter the premises described above in order to search for persons who are in the United States without legal authority, together with an Affidavit of Special Agent Jimmy Perez and a Memorandum of Points and Authorities in support of the application, and the Court finding on the basis of the affidavit that there is probable cause to believe that located on the premises described above there are persons whose true identity is unknown, but who are in the United States without legal authority, and who may be subject to removal proceedings pursuant to Section 240 of the Immigration and Nationality Act, 8 U.S.C. § 1229a (1996),

IT IS ORDERED that agents of the United States Immigration and Customs Enforcement are authorized to enter the buildings, appurtenances, parking areas, and outdoor working areas described above, locked or unlocked, and to make such search as is necessary to locate persons who are in the United States illegally. Further, in conducting such search, said agents shall be entitled to exercise all authority conferred upon them pursuant to the Immigration and Nationality Act, 8 U.S.C. § 1357.

IT IS FURTHER ORDERED that, in executing this administrative warrant, the law enforcement agents involved shall attempt to obtain the consent of Swift and Company in accessing various areas of the premises. In the event Swift and Company does not consent to any particular plan or will only consent to an operational plan which in the good faith opinion of the agent in charge would endanger any law enforcement agent or any other person, or which would compromise the effectiveness of the operation, then the agents shall conduct the execution of the warrant in a manner which causes the least disruption possible of the daily operation of the Swift and Company, but which still allows for the execution of this administrative warrant in a manner that will still meet the immigration mission of the operation and which will provide for the safety of the law enforcement agents and all other persons.

Further, while the agents executing this warrant may conduct consensual interviews with persons on the described premises, this warrant does not authorize the detention or seizure of any person except as is statutorily and/or constitutionally permitted.

IT IS FURTHER ORDERED that the United States Immigration and Customs Enforcement shall conduct the entry and search during daylight hours within ten days of the issuance of this warrant, and make its return to this Court within ten (10) days of the date the

entry and search were completed.

IT IS SO ORDERED.

ENTERED this 8th day of December 2006.

*[signature]*
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

06 DEC -7 PM 2: 18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

In the Matter of the Search of:

Swift & Co.,
located at 402 North 10th Avenue,
Marshalltown, Iowa and all its
appurtenances, parking areas, and outdoor
working areas

Defendant.

MISC. NO. 4:06-mc-64

ORDER FOR WARRANT FOR ENTRY
ON PREMISES TO SEARCH FOR
ALIENS WHO ARE IN THE UNITED
STATES WITHOUT LEGAL
AUTHORITY

The United States of America, having filed an application to authorize officers of United States Immigration and Customs Enforcement to enter the building on the premises described above in order to search for persons who are aliens in the United States without legal authority, together with an Affidavit and memorandum of Points and Authorities in support of the application, and the Court finding on the basis of the affidavit that there is probable cause to believe that located within the business premises described in the affidavit attachment A are persons who are aliens in the United States without legal authority and subject to removal proceedings pursuant to Section 240 of the Immigration and Nationality Act, 8 U.S.C. § 1229a (1996).

IT IS THEREFORE ORDERED that the officers of U.S. Immigration and Customs Enforcement are authorized to enter the building and areas on the premises described in the affidavit attachment A (hereto attached) and to make such search as is necessary to locate aliens present in the United States illegally and counterfeit, altered, or

imposter documents possessed and/or used by the aliens who are not lawfully entitled to reside within the United States and who are employed at present within Swift & Co., Marshalltown. In making this search, the agents of ICE are authorized to enter any locked room on the premises to in order to locate persons who may be such aliens in the United States without legal authority and, if any such persons are found on the premises, to exercise their authority pursuant to section 287 of the Immigration and Nationality Act, 8 U.S.C. § 1357, to question them to determine whether they are such aliens and, if there is probable cause to believe they are such aliens, to arrest them.

IT IS FURTHER ORDERED that U.S. Immigration and Customs Enforcement shall conduct the entry and search during daylight hours with ten (10) days of the issuance of this warrant, and make its return to this Court with ten (10) days of the date the entry and search have been completed.

DATED this 7th day of December, 2006.

Celeste F. Bremer
United States Magistrate Judge

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.
DATE: DEC - 7 2006
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: DEPUTY CLERK

## ATTACHMENT A
### Description of Premises to be Searched

The Swift & Company facility is located at 402 North 10th Avenue, Marshalltown, IA 50158. The facility is located on approximately nine city blocks in the northeast corner of Marshalltown, IA. The facility consists of one large building containing several sections of differing levels. The facility also contains six outlying buildings. The facility is bordered on the east by North 10th Ave, on the south by Woodbury Street, on the west by North 8th Ave, and on the north by East Marion St. Three quarters of the facility is enclosed by a chain link fence. Only the northwest corner of the facility lies outside the fence.

Exhibit 3

# UNITED STATES DISTRICT COURT

### District of Colorado

*In the Matter of the Application by the United States of America for a Civil Administrative Search Warrant to search the premises known as Swift and Company, 800 N. 8th Avenue, Greeley, Colorado; and, 920 N. 7th Avenue, Greeley, Colorado*

CIVIL ADMINISTRATIVE

SEARCH WARRANT

Case Number **06 - CV - 02466**
**PSF-MJW**

TO: Any authorized officer of the Immigration and Naturalization Service:

Application having been made by the United States for an administrative search warrant to search the premises known as SWIFT AND COMPANY, 800 N. 8th Avenue, Greeley, Colorado; and, 920 N. 7th Avenue, Greeley, Colorado, and all appurtenances thereto and any outbuildings, sheds and vehicles located thereon (see Attachment A, Description of Premises to be Searched, attached hereto and hereby incorporated by reference), and having reviewed and considered the Affidavit of Special Agent Richard A. Goldsberry (attached hereto as Attachment B and hereby incorporated by reference), and 8 U.S.C. § 1357, which authorizes employees of the Immigration and Naturalization Service to interview and arrest persons believed to be unlawfully within the United States, *Blackie's House of Beef, Inc. V. Casnllo*, 659 F.2d 1211 (D.C. Cir. 1981), *cert. denied*, 455 U.S. 940 (1982), and *International Molders & Allied Workers' Local Union v. Nelson, et al.*, 799 F.2d 547, 552 (9th Cir. 1986), I am satisfied there is reasonable cause to believe that aliens unlawfully in the United States are located on the above described premises during their normal working hours.

**WHEREFORE YOU ARE HEREBY AUTHORIZED AND COMMANDED:**

To serve this warrant upon and to search, within a period of ten (10) regular workdays from this date between 6:00 a.m. and 6:00 p.m., the premises known as SWIFT AND COMPANY, 800 N. 8th Avenue, Greeley, Colorado; and, 920 N. 7th Avenue, Greeley, Colorado for aliens unlawfully within the United States. The search may extend to all areas in which it may be reasonably thought a person could be located, including places in which persons could conceal themselves, including all appurtenances to the subject property and any outbuildings, sheds and vehicles located thereon.

You are further commanded to prepare a written inventory of any persons arrested in connection with the search conducted pursuant to this warrant and to promptly return this warrant and the written inventory to me.

IT IS SO ORDERED:

*[signature]*

United States District Court Judge ~~or United States Magistrate Judge~~

12/8/06   4:36 pm
Date and Time Issued

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 8th day of December 06
GREGORY C. LANGHAM
By _____